**Timothy Lynn ODOM, Petitioner–Appellant,**

v.

**Ernest SUTTON, Respondent–Appellee.**

No. 01–7832.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 30, 2003.

Decided Feb. 4, 2003.

Timothy Lynn Odom, Appellant Pro Se.

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Timothy Lynn Odom seeks to appeal the district court's September 28, 2001, order dismissing his petition filed under 28 U.S.C. § 2254 (2000) for failure to pay the filing fee. We dismiss the appeal as moot because the district court re-instated the petition after Odom paid the filing fee after dismissal. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*